UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA Division

IN RE:  : Case No. 25-62226 - JWC
Angelique Lavitra Vasquez  :
Debtor.  : Chapter 7

### STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

___  I am unemployed; or

___  I am self-employed; or

___  My employer did not provide pay stubs.

✓  Other

*On Furlough from the Federal Government.*

Dated: 11/21/25

Angelique Lavitra Vasquez

King & King Law LLC
215 Pryor Street
Atlanta, Georgia 30303