Certificate Number: 05781-GAN-DE-040390482

Bankruptcy Case Number: 25-62226



05781-GAN-DE-040390482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 8, 2025, at 10:27 o'clock AM PST, Angelique Vasquez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   December 8, 2025

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President