**IT IS ORDERED as set forth below:**

**Date: December 17, 2025**

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

**Signed as Revised by the Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Angelique Lavitra Vazquez, fka Angelique Sousa,<br>Debtor(s).<br><br>IH 5 Property Georgia LP<br>    Movant.<br>V.<br>Angelique Lavitra Vazquez, fka Angelique Sousa, Debtor(s),<br>Jason L. Pettie, Trustee<br><br>Respondents. | CASE NO. 25-62226-jwc<br>CHAPTER 7<br><br>Judge Jeffery W. Cavender<br><br>CONTESTED MATTER |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

1

On November 12, 2025, IH 5 Property Georgia LP (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 14) (the "Motion"). The Motion concerns rented real property known as 1750 Alcovy River Dr, Dacula GA 30019 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Based on the foregoing and pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property. Movant is not permitted to pursue any collection activities on any post-petition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. § 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. § 362 shall remain in effect to prohibit Movant from enforcing a personal judgment against the Debtor for any money due under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any

collection activities on said post-petition judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

| | |
|---|---|
| **Order presented by:** | THE TOTTEN FIRM, LLC |
| | 5579 Chamblee-Dunwoody Rd, Ste B-136, |
| /s/ Matthew F. Totten | Atlanta, GA 30338 |
| MATTHEW F. TOTTEN | Tel: (404) 692-4342 |
| (Georgia Bar No. 798589) | Email: mft@tottenfirm.com |

**Distribution List:**
Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Taylor Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339
Chapter 7 Trustee

Angelique Vazquez, Debtor
1750 Alcovy River Dr
Dacula GA 30019