**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s) **Angelique Lavitra Vasquez** 1750 Alcovy River Dr Dacula, GA 30019 | Case No.: **25−62226−jwc** Chapter: **7** Judge: **Jeffery W. Cavender** |
| **xxx−xx−2217** | |

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

Dated: January 27, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### **Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### **Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### **Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 25-62226-jwc

Angelique Lavitra Vasquez  Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9        User: admin        Page 1 of 3

Date Rcvd: Jan 27, 2026        Form ID: 182        Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Angelique Lavitra Vasquez, 1750 Alcovy River Dr, Dacula, GA 30019-2671 |
| cr | + | IH5 Property Georgia LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25614583 | | Acima, 10850 S. River Front Pkwy, Draper UT 84020-0000 |
| 25614586 | + | Moxie Services, 4405 International Blvd, Norcross GA 30093-3096 |
| 25614584 | + | Northside Hospital, 1000 Medical Center Blvd, Lawrenceville GA 30046-7694 |
| 25614585 | + | Piedmont Urgent Care, 2594 Loganville Hwy, Grayson GA 30017-7848 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 28 2026 01:17:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25533359 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 27 2026 20:48:40 | Affirm, P.O. Box 720, San Francisco, CA 94104-0720 |
| 25533360 | ^ | MEBN | Jan 27 2026 20:35:04 | Afterpay, 760 Market St., Floor 2, San Francisco, CA 94102-2402 |
| 25533361 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 27 2026 20:46:00 | BRIDGECREST, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 25533362 | + | EDI: CAPITALONE.COM | Jan 28 2026 01:16:00 | CAP1/KOHLS, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 25533364 | + | EDI: WFNNB.COM | Jan 28 2026 01:17:00 | CCB/ULTA, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 25533363 | + | EDI: CAPITALONE.COM | Jan 28 2026 01:16:00 | Capital One, P.O. Box 85149, Richmond, VA 23276-0001 |
| 25533367 | | Email/Text: rentsupport@esusu.org | Jan 27 2026 20:44:00 | INVITATION, 200 BROADWAY, NEW YORK, NY 10038 |
| 25533365 | | Email/Text: corporatecredit@farmersfurniture.com | Jan 27 2026 20:45:00 | Farmers Furniture, 1551 Eatonton Rd., Madison, GA 30650 |
| 25533366 | | EDI: GADEPTOFREV.COM | Jan 28 2026 01:17:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 910, Atlanta, GA 30345 |
| 25614587 | | EDI: IRS.COM | Jan 28 2026 01:17:00 | IRS, Centralized Insolvency Op., P.O. Box 7346, Philadelphia PA 19101-7346 |
| 25533369 | | Email/Text: customerservice.us@klarna.com | Jan 27 2026 20:44:00 | Klarna, PO Box 206487, Dallas, TX 75320 |
| 25533370 | ^ | MEBN | Jan 27 2026 20:36:56 | LVNV Funding LLC, as successor in interest to, |

| District/off: 113E-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: 182 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 25533371 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2026 20:45:00 | Credit One Bank NA, 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2454<br>MIDLAND CREDIT MANAGEMENT INC, 350 CAMINO DE LN, REINA SAN DIEGO, CA 92108-3007 |
| 25533372 | ^ | MEBN | Jan 27 2026 20:35:53 | Northside Hospital, 1000 Johnson Ferry Rd NE, Atlanta, GA 30342-1611 |
| 25533373 | | EDI: PRA.COM | Jan 28 2026 01:17:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502 |
| 25533374 | | Email/Text: ecfbankruptcy@progleasing.com | Jan 27 2026 20:46:00 | Progressive Leasing, 10619 S. Jordan Gateway, South Jordan, UT 84095 |
| 25533375 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 27 2026 20:43:00 | Sezzle, PO Box 3320, Minneapolis, MN 55403 |
| 25533376 | | Email/Text: jduran@skopos.us | Jan 27 2026 20:46:00 | SKOPOS FIN, 225 E JOHN CARPENTER FWY, IRVING, TX 75062 |
| 25534131 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jan 27 2026 20:45:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25533377 | + | EDI: VERIZONCOMB.COM | Jan 28 2026 01:16:00 | Verizon, 12901 World Gate Drive, Herndon, VA 20170-6012 |
| 25533378 | + | EDI: SYNC | Jan 28 2026 01:16:00 | Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 25533379 | + | Email/Text: cxbk@zip.co | Jan 27 2026 20:45:00 | Zip, 228 Park Ave S, PMB 59872, New York, NY 10003-1502 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25533368 | * | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jason L. Pettie | jpettie@taylorduma.com  GA25@ecfcbis.com;jp@trustesolutions.net |

| District/off: 113E-9 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: 182 | Total Noticed: 29 |

Karen King
    on behalf of Debtor Angelique Lavitra Vasquez myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com

Matthew Franklin Totten
    on behalf of Creditor IH5 Property Georgia LP mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

TOTAL: 4